Debra Jean CARTER v. Ronald Alan CARTER, No. 167-80

July 25, 1980. Appeal dismissed for failure to comply with the order dated June 3, 1980.